UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:03-cr-5204 OWW |
| Plaintiff, | |
| vs. | |
| **GUILLERMO ARTURO LOPEZ,** | ORDER FOR RETURN OF NOTE AND DEED OF TRUST |
| Defendants. | |

The above-named defendant having been remanded,

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:   March 7, 2006**               /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE