BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Guillermo Arturo Lopez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  03-cr-05204  OWW |
| ) | |
| ) | ORDER FOR RELEASE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Guillermo Arturo Lopez, ) | |
| Defendant. ) | |

ORDER

IT IS HEREBY ORDERED that Guillermo Arturo Lopez be released pending his sentencing on December 1, 2008 under the following terms and conditions as ordered by his probation officer: participate in mental health treatment, participate in drug and alcohol counseling, and report for drug testing.  He is also to abide by all other terms and conditions of supervised release as ordered on May 17, 2004.

Dated: October 8, 2008          /s/ OLIVER W. WANGER
                                Honorable Oliver W. Wanger
                                United States District Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com